**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re: ) | CHAPTER 13 |
| ) | |
| ) | CASE NO. 22-11846 |
| CURTIS A. THOMPSON ) | JUDGE MARC BARRECA |
| ) | |
| Debtor ) | **ORDER DENYING MOTION FOR** |
| ) | **STAY PENDING APPEAL** |
| ) | |
| ) | |

*****************************************************************************

THIS MATTER came before the Court on Creditor, Carl Cook's Motion for Stay Pending Appeal (ECF No. 193), proper notice having been given, and the Court having examined the files and records, having heard argument of Creditor and Debtor's counsel, and being fully advised, it is

ORDERED that the Motion is denied,

/ / /End of Order/ / /

---

ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NUMBER 6

Curtis, Casteel & Palmer, PLLC
3400 188th St SW, Suite 565
Lynnwood, WA 98037
Phone (425) 409-2745
Fax (425) 491-7178

Presented by,

/s/Steven M. Palmer
Steven M. Palmer (48823)
Curtis, Casteel & Palmer, PLLC
3400 188th St. SW STE 565
Lynnwood, WA 98037
spalmer@curtislaw-pllc.com
(425) 409-2745
(425) 491-7178 (fax)

---

ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NUMBER 6