# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | ) CHAPTER 13 |
| | ) |
| | ) CASE NO. 22-11846 |
| CURTIS A. THOMPSON | ) JUDGE MARC BARRECA |
| | ) |
| Debtor | ) **ORDER DENYING CARL COOK'S** |
| | ) **MOTION TO SHOW CAUSE AND FOR** |
| | ) **SANCTIONS AGAINST STEVEN M.** |
| | ) **PALMER, ET AL. AND GRANTING** |
| | ) **LIMITED RELIEF FROM STAY** |

*********************************************************************

THIS MATTER came before the Court on Carl Cook's Motion for Sanctions (ECF No. 150), Debtor's objection (ECF No. 152) and Carl Cook's Response to Objection to Creditor's Motion to Show Cause and For Award of Sanctions (ECF No. 177), proper notice having been given, and the Court having examined the files and records, having heard argument of Creditor and Debtor's counsel, and being fully advised, it is

---

ORDER DENYING MOTION FOR SANCTIONS AND GRANTING
LIMITED RELIEF TO MOVE TO SEAL STATE COURT COMPLAINT

Curtis, Casteel & Palmer, PLLC
3400 188th St SW, Suite 565
Lynnwood, WA 98037
Phone (425) 409-2745
Fax (425) 491-7178

1. ORDERED that the Motion is denied,

2. IT IS FURTHER ORDERED that Carl Cook is granted a limited relief from stay to move to seal the complaint in Snohomish County Superior Court Cause No. 21-2-05366-31;

/ / /End of Order/ / /

Presented by,

/s/Steven M. Palmer
Steven M. Palmer (48823)
Curtis, Casteel & Palmer, PLLC
3400 188th St. SW STE 565
Lynnwood, WA 98037
spalmer@curtislaw-pllc.com
(425) 409-2745
(425) 491-7178 (fax)

ORDER DENYING MOTION FOR SANCTIONS AND GRANTING
LIMITED RELIEF TO MOVE TO SEAL STATE COURT COMPLAINT